

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>The Oliver Law Group, PA<br><br>**Defendant** | §<br>§<br>§<br>§  Civil Case No. 4:18-cv-680<br>§<br>§<br>§<br>§ |

Plaintiff's Notice of Settlement

1. To the Honorable US District Court:

2. The parties have reached a resolution in the case and request a stay of 30 days of all deadlines in the case to finalize the signatures and agreements

Craig Cunningham
Plaintiff,

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

10/15/2018

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM, <br> Plaintiff, <br><br> v. <br><br> The Oliver Law Group, PA <br><br> Defendant | §§§§§§§§§§ Civil Case No. 4:18-cv-680 |

**Plaintiff's Certificate of Service**

I hereby certify that a true copy of the foregoing was mailed to the Defendant's attorney of record in this case on 10/15/2018.

*Craig Cunningham*
Plaintiff,

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

10/15/2018