**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:18-CV-680-ALM-CAN |
| v. | § § | |
| THE OLIVER LAW GROUP, PA, ET AL., | § § § | |
| Defendants. | § | |

**ORDER**

The Court has been advised that all claims in the above-styled civil action have been resolved.  It is therefore **ORDERED** that, on or before **November 16, 2018**, the Parties shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of the Court.  If such papers are not received by the Court by the scheduled deadline, the Court may order the Parties to appear at a hearing for the purpose of determining which party is responsible for the delay.  Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

**IT IS SO ORDERED**.

**SIGNED this 17th day of October, 2018.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE