

## UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF TEXAS

NOV 1 5 2018

Clerk, U.S. District Court

| | |
|---|---|
| CRAIG CUNNINGHAM, **Plaintiff,** <br><br> v. <br><br> The Oliver Law Group, PA, Complete Legal Plan, LLC, Consumer Capital Advocates, LLC, Global Client Solutions, LLC, Credit analyzer.net, LLC, Tony Pardo, Bert Oliver, Jenssen Varela, <br><br> **Defendant** | § <br> § <br> § <br> § <br> § **Civil Case No. 4:18-cv-00680-ALM_CAN** <br> § <br> § <br> § <br> § |

### Joint Stipulation for Dismissal

1. To the Honorable US District Court:

2. The parties hereby move the court to dismiss the case with prejudice against all defendants with each party bearing their own costs.

3. The parties agree that this court shall retain jurisdiction over the enforcement of the settlement between the parties to interpret and enforce the terms and conditions of the agreement in the event of a breach or any controversy or dispute regarding the settlement.

Craig Cunningham
Plaintiff,
5543 Edmondson Pike,
ste 248 Nashville, TN 37211
615-348-1977 11/15/2018

Tiffany J. Eaton, Esq., on Behalf of All
Defendants, FBN: 0180221
COVE LAW, PA
225 SOUTH 21st AVENUE
HOLLYWOOD, FL 33020
O) 954-921-1121
F) 954-921-1621
E) TJE@COVELAW.COM

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** **v.** The Oliver Law Group, PA, Complete Legal Plan, LLC, Consumer Capital Advocates, LLC, Global Client Solutions, LLC, Credit analyzer.net, LLC, Tony Pardo, Bert Oliver, Jenssen Varela, **Defendant** | § § § § § **Civil Case No. 4:18-cv-00680-ALM_CAN** § § § § |

### Certificate of Service

I hereby certify a true copy of the foregoing was mailed to the defendants in this case

Craig Cunningham
Plaintiff,

5543 Edmondson Pike, ste 248 Nashville, TN 37211, 615-348-1977 11/15/2018